# In the United States Court of Federal Claims

No. 19-1766C
Filed: May 28, 2021
NOT FOR PUBLICATION

---

**AMIR HEKMATI,**

        *Plaintiff*,

**v.**

**UNITED STATES,**

        *Defendant*.

---

## ORDER OF JUDGMENT

For the reasons provided in the Memorandum Opinion filed concurrently with this Order, the Court lacks jurisdiction over this matter.  Accordingly, the defendant's motion to dismiss (ECF 34) is **GRANTED**, and the complaint is **DISMISSED** pursuant to Rule 12(b)(1) and Rule 12(h)(3) of the Rules of the Court of Federal Claims.

The defendant's motion for summary judgment (ECF 34) is **DENIED** as moot.  The plaintiff's motion for summary judgment (ECF 36) is **DENIED** as moot.

The Clerk is **DIRECTED** to enter judgment accordingly.  No costs are awarded.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**